IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. MISSION CORPORATION, a California corporation; AZAR ASSOCIATES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | No. C 18-03456 WHA<br><br><br><br><br>**FINAL PRETRIAL ORDER** |

**FOR GOOD CAUSE** and after a final pretrial conference, the following constitutes the final pretrial order and rulings on motions *in limine*:

1. This case shall go to a **BENCH TRIAL** on **MONDAY, JUNE 17, 2019**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. This final pretrial order supersedes all the complaint, answer and any counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified for trial remain in the case.

2. Rulings on the motions *in limine* were made on the record at the final pretrial conference and are summarized later in this order.

3. Except for good cause, each party is limited to the witnesses and exhibits disclosed in the joint proposed final pretrial order less any excluded or limited by an order

*in limine*. Materials or witnesses used solely for impeachment need not be disclosed and may be used, subject to the rules of evidence.

4. The stipulations of facts set forth in the joint proposed final pretrial order are approved and binding on all parties.

5. Plaintiffs will have **SEVEN HOURS** to examine witnesses (counting direct examination, cross-examination, re-direct examination, re-cross examination, etc.). Defendant will have **SEVEN AND A HALF HOURS** to examine witnesses (counting direct examination, cross-examination, re-direct examination, re-cross examination, etc.). Opening statements and closing arguments shall not count against the limit. Each side will also have **TWENTY MINUTES** to present opening statements. If, despite being efficient, non-duplicative, and non-argumentative in the use of the allotted time, one side runs out of time and it would be a miscarriage of justice to hold that side to the limit, then more time will be allotted.

6. The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

\*       \*       \*

## RULINGS ON MOTIONS *IN LIMINE*

**1. PLAINTIFFS' MOTION *IN LIMINE* NO. 1.**

The motion is **DENIED**. Plaintiffs may depose any three witnesses from defendant BP West Coast Products LLC for up to six hours total. By **5:00 P.M. TODAY**, plaintiffs must file on the docket a list of witnesses they seek to depose and the agreed upon schedule for the deponents. The depositions — which must relate to the untimely produced documents at issue only — must take place by **JUNE 13**.

**2. PLAINTIFFS' MOTION *IN LIMINE* NO. 2 .**

The motion is **DENIED**. The testimony of defendant's expert Mark C. Siebert shall go last, at which point the Court may find the testimony cumulative.

**3. PLAINTIFFS' MOTION *IN LIMINE* NO. 3.**

The motion is **DENIED**.

4. **DEFENDANT'S MOTION *IN LIMINE* NO. 1.**

The motion is **DENIED**. Defendant may take the depositions, lasting up to two hours each, of the three late-identified witnesses. By **5:00 P.M. TODAY**, defendant must file on the docket the agreed upon schedule for the deponents. The depositions must take place by **JUNE 13**.

**IT IS SO ORDERED.**

Dated: June 6, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3