# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A. MISSION CORPORATION, a California corporation, AZAR ASSOCIATES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 18-CV-03456-WHA<br><br>**ORDER OF DISMISSAL** (as modified) |

|   |   |
|---|---|
| 1 | The parties hereto, Plaintiff and Defendant (collectively, the "parties"), by and through their counsel of record, have advised the Court that they have reached a settlement in the above-captioned action. |

The parties hereto, Plaintiff and Defendant (collectively, the "parties"), by and through their counsel of record, have advised the Court that they have reached a settlement in the above-captioned action.

Further, the parties have stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice their respective claims in the action as against one another. Each party has agreed to bear its own attorney fees and costs.

Based on the motion of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the Parties claims shall be, and hereby are, dismissed with prejudice, with each party to bear its own attorney fees and costs.

Magistrate Judge Spero
~~The Court~~ shall retain jurisdiction over the implementation of or disputes arising out of the settlement of this action.

**IT IS SO ORDERED.**

DATED: June 21, 2019.



Honorable
United Sta... Judge William Alsup

IT IS SO ORDERED AS MODIFIED